**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROSALEE V. ZARROW,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3726** |
| | : | |
| **FAITH DALESSIO,** | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 10th day of August, 2026, upon consideration of Plaintiff Rosalee V. Zarrow's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and *pro se* Complaint (Doc. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum. Zarrow may reassert her claims in the proper state court if she chooses to do so.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**